UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISAEL VAZQUEZ-MORENO,<br><br>Defendant. | No. 1:24-cr-02027-SAB-18<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 547, 548** |

Before the Court are Defendant's Motion to Temporarily Modify Conditions of Release (ECF No. 547) and related Motion to Expedite (ECF No. 548). Defendant was represented by court-appointed attorney Ken Therrien.

Defendant requests that the Court temporarily modify Special Conditions Nos. 1 and 7 to allow him to travel outside of Yakima County for a brief, planned vacation. ECF No. 547. The United States Probation/Pretrial Services Office has no objection to Defendant's request, *id.*, and neither does the United States Attorney's Office.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion to Expedite (**ECF No. 548**) is **GRANTED**.

2. Defendant's Motion to Temporarily Modify Conditions of Release (**ECF No. 547**) is **GRANTED**.

ORDER - 1

3. Defendant shall be allowed to temporarily travel outside of the Eastern District of Washington to visit King County, Washington, on October 19-20, 2024.

4. **Special Conditions Nos. 1 and 7 (ECF No. 329)** shall be **TEMPORARILY SUSPENDED** only on October 19-20, 2024.

5. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect. Special Conditions Nos. 1 and 7 (ECF No. 329) shall be reinstated upon Defendant's return from the trip.

**IT IS SO ORDERED.**

DATED October 18, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2